

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable J. E. McDonald, Commissioner
Department of Agriculture
Austin, Texas

Dear Sir:

Opinion No. 0-6707

Re: Whether the deficiency appropriation
granted by the Governor in 1944, and
appropriated by the provisions of
House Bill 831, 49th Legislature,
should be charged to the General
Revenue Fund or to the Special Pure
Bred Cotton Seed Inspection Fund?

Your letter of July 13, 1945, submits the question of
whether the deficiency appropriation granted by the Governor
in May, 1944, and appropriated by Acts 1945, 49th Legislature,
R. S., p. 893, ch. 211 (an Act making appropriation to pay
deficiency appropriations granted by the Governor), should be
charged to General Revenue or to the Special Pure Bred Cotton
Seed Fund.

The Field Seed Certification Law by Article 66,
V. A. C. S., establishes a Special Fund consisting of moneys
from inspection fees and designates such fund as the "Special
Pure Bred Cotton Seed Inspection Fund."

By Acts 1943, 48th Legislature, R. S., p. 885, ch.400,
the Legislature made an appropriation to the Department of
Agriculture, Items 109, 110 and 111, for the two-year period
beginning September 1, 1943, and ending August 31, 1945, "Out
of Special Pure Bred Cotton Seed Inspection Fund."

The appropriation for Item 111 (Expenses and Contin-
gencies) was subsequently almost exhausted and an appeal by you
to the Governor resulted in a deficiency appropriation in the
amount of $5000.00 to supplement this Item for the remainder of
the fiscal year ending August 31, 1944. You have stated in your
letter requesting an opinion that you suggested to the Governor
that he grant the deficiency out of the fees, but that you were

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

advised by this office that it was customary for deficiency appropriations by the Governor to be appropriated from General Revenue. It may be that you were orally advised as the writer cannot locate a written opinion to that effect from this office, and the record in the present case is to the contrary as indicated below.

On April 20, 1944, you submitted your sworn request to the Governor for a deficiency appropriation pursuant to Article 4351, R. C. S., 1925. In this document you indicated the amount of the deficiency necessary to supplement funds as "$5000.00." You also indicated that such amount was needed "for the purpose of supplementing the Special Pure Bred Cotton Seed Inspection Fund" and further "to supplement the following appropriation: T-97. . ." The Governor approved your request by an endorsement attached thereto in the following language;

"The foregoing request for a Deficiency Appropriation in the sums of Five Thousand Dollars ($5000.00), for the State Department of Agriculture, is hereby approved."

The approval is dated May 2, 1944, and signed by the Governor. These documents are on file in the State Comptroller's office, and the language therein clearly indicates from which fund the deficiency appropriation is to be made. Article 4351, R. C. S., 1925, in authorizing the Governor to allow deficiency appropriations at his discretion to supplement appropriations which are about to be exhausted, gives the Governor authority to allow a deficiency to supplement a specific item of appropriation from a Special Fund. In this connection, kindly refer to an opinion of this office dated May 11, 1934, addressed to you and written by Gaynor Kendall, Assistant Attorney General.

By Acts 1945, 49th Legislature, R. S., p. 293, ch. 211, the Legislature made an "appropriation to pay deficiency appropriations granted by the Governor prior to January 1, 1945. . ." The Legislature designated the departmental appropriation therein as "Pure Bred Cotton Seed", appropriation number "T-97" in the amount of "$5000.00."

You submit in your letter that the appropriation number "T-97" was obsolete in 1945 when the Legislature made its appropriation and that it was then "U-153", thereby indicating legislative intent to appropriate from the General Fund rather than the Special. With this we cannot agree. As the appropriation number used in the Governor's deficiency appropriation was "T-97", the

Legislature must necessarily have used the identical number
in order to appropriate that particular deficiency appropria-
tion of the Governor's.  By using the same number, the Legis-
lature presents a continuity of progressive appropriative
action which is unmistakable in its intent.  Appropriation
numbers are a creation of the Comptroller's office and are
used solely for its convenience in the fiscal record keeping
of funds.  The number "T-97" was so used to indicate Item 111
of the Special Pure Bred Cotton Seed Inspection Fund during
the fiscal year 1944.  It was changed by the Comptroller to
"U-153" during the fiscal year 1945, but still it indicated
the identical fund.  In the fiscal year 1946, it will be
changed again by the Comptroller and indicate the same fund.
The Comptroller has regarded the aforementioned appropriation
as charged to the Special Pure Bred Cotton Seed Inspection
Fund and has issued warrants pursuant thereto.

The caption of the Legislature's appropriation bill
which reads "An Act making appropriation to pay deficiency
appropriations granted by the Governor prior to January 1,
1945, . . ." is sufficient under Art. 3, Sec. 35 of the State
Constitution to give reasonable notice of the subject matter
of the Statute.  In addition, Sec. 2 of the Legislature's
appropriation Act clearly states that "Deficiency grants
authorized against Special Funds shall be paid out of the
balance of said Special Funds now in the State Treasury."

In view of the foregoing, it is the opinion of this
office that the deficiency appropriation granted by the
Governor in 1944, and appropriated by Acts 1945, 49th Legis-
lature, R. S., p. 293, ch. 211, should be charged to the
Special Pure Bred Cotton Seed Inspection Fund.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (Signed) EUGENE ALVIS
                Assistant

APPROVED AUG 14, 1945

(Signed) GROVER SELLERS       By  (Signed) JACK K. AYER
ATTORNEY GENERAL OF TEXAS

JCA:md                        APPROVED  OPINION COMMITTEE
                              by B.W.B. Chairman